# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JENNIFER JUNE SILLENC MASINO,

    Plaintiff,

v.                                Case No. 3:25cv806-MCR-HTC

DEXTER L. MITCHELL,

    Defendant.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated August 1, 2025 (ECF No. 8). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this Order.

2. Defendant Mitchell's motion to dismiss (ECF No. 6) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

3. The clerk shall close the file.

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv806-MCR-HTC